CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 17 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CITY NATIONAL BANK, a national banking association, as acquirer of certain assets from the Federal Deposit Insurance Corporation acting as receiver of Imperial Capital Bank, <br><br> Plaintiff, <br> v. <br><br> MOISHE TRESS, et al., <br><br> Defendants. | Civil Action No.: 7:11-cv-73 <br><br> **ORDER** <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

This matter is before the Court on Defendant's Motion to Dismiss. ECF No. 35. For good cause shown, it is hereby

**ADJUDGED AND ORDERED**

that the Motion to Dismiss is **DENIED**.

The Clerk of Court is directed to send copies of this order to counsel of record for both parties.

ENTER: This 17th day of December, 2012.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge